Delia Weinckie, Appellant, v. The New York.

FOURTH DEPARTMENT, SEPTEMBER TERM, 1891.

Central and Hudson River Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Mayham, J.; Landon, J., not acting.